**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**July 3, 2006**

**CASE NUMBER: CV 06-03864 PVT**
**CASE TITLE: DON GALLARDO-v-STEPHEN M. BENNETT**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable** Jeremy Fogel for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/3/06

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

| | | | |
|---|---|---|---|
| Copies to: Courtroom Deputies | 7/3/06 | Special Projects | |
| Log Book Noted | 7/3/06 | Entered in Computer | 7/3/06 |

CASE SYSTEMS ADMINISTRATOR: 7/3/06
| | | | |
|---|---|---|---|
| Copies to: All Counsel | 7/3/06 | Transferor CSA | 7/3/06Bjw |