**E-filed 8/9/06**

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
Kathryn A. Schofield (Bar No. 202939)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

SCHIFFRIN & BARROWAY LLP
Eric L. Zagar
Sandra G. Smith
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON GALLARDO, Derivatively on Behalf of Nominal Defendant INTUIT INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN M. BENNETT, GREGORY J. SANTORA, SCOTT D. COOK, RAYMOND J. STERN, RICHARD W. IHRIE, LORRIE M. NORRINGTON, ROBERT B. HENSKE, JAMES J. HEEGER, ERIC C.W. DUNN, CHRISTOPHER W. BRODY, MICHAEL R. HALLMAN, DONNA DUBINSKY, WILLIAM V. CAMPBELL, L. JOHN DOERR and DENNIS POWELL, <br><br> Defendants, <br><br> and <br><br> INTUIT INC. <br><br> Nominal Defendant. | Case No. C-06-3864 JF (PVT) <br><br> STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES & SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |

Caption continued on next page

STIPULATION & [PROPOSED] ORDER CONSOLIDATING CASES & SCHEDULE FOR FILING OF CONS COMPLAINT

- 1 -

| | |
|---|---|
| BETH AMADO, Derivatively on Behalf of Nominal Defendant INTUIT INC.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STEPHEN M. BENNETT, GREGORY J. SANTORA, SCOTT D. COOK, RAYMOND J. STERN, RICHARD W. IHRIE, LORRIE M. NORRINGTON, ROBERT B. HENSKE, JAMES J. HEEGER, ERIC C.W. DUNN, CHRISTOPHER W. BRODY, MICHAEL R. HALLMAN, DONNA DUBINSKY, WILLIAM V. CAMPBELL, L. JOHN DOERR and DENNIS POWELL,<br><br>　　　　　　　Defendants,<br><br>　　　and<br><br>INTUIT INC.<br><br>　　　　　　　Nominal Defendant. | Case No. C-06-4344 JF (PVT) |

WHEREAS, the Plaintiffs in the above-captioned actions filed complaints alleging similar claims against the same Defendants;

WHEREAS, the above-captioned actions arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact; and, therefore, should be consolidated for all purposes under Federal Rule of Civil Procedure 42(a).

IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, as follows:

I.  **CONSOLIDATION OF ACTIONS**

1. The above-captioned actions are consolidated for all purposes under the following caption, and shall be assigned the case number from the first-filed action.

STIPULATION & [PROPOSED] ORDER CONSOLIDATING CASES & SCHEDULE FOR FILING OF CONS COMPLAINT

- 2 -

2. The caption of these consolidated actions shall be "*In re Intuit, Inc. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-3864 JF (PVT) Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

In re INTUIT, INC. DERIVATIVE LITIGATION ) ) ) ) )    Master File No. C-06-3864 JF (PVT)

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above.

5. A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6. When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

7. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8. When a case which properly belongs as part of *In re Intuit, Inc. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Fogel, the clerk of this Court shall:

(a) Place a copy of this Order in the separate file for such action;
(b) Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

(c) Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Intuit, Inc. Derivative Litigation.*

## II. SCHEDULE

9. Plaintiffs shall have 45 days from the entry of this Order to file and serve a Consolidated Complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the Defendants, or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with respect to any Defendant named in any of the consolidated actions by serving the Consolidated Complaint on that Defendant's counsel.

10. Each Defendant shall answer or otherwise respond to the Consolidated Complaint no later than 45 days from the date of service. In the event that Defendants file and serve any motion directed at the Consolidated Complaint, Plaintiffs shall file and serve their opposition

within 45 days after the service of Defendants' motion. If Defendants file and serve a reply to Plaintiffs' opposition, they will do so within 15 days after service of the opposition.

DATED: August 8, 2006

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

_____
ALAN R. PLUTZIK  Kathryn A.
2125 Oak Grove Road, Suite 120  Schofield
Walnut Creek, California 94598
Telephone: (925) 945-0200

[Proposed] Liaison Counsel for Plaintiffs

DATED: August 8, 2006

**SCHIFFRIN & BARROWAY, LLP**

_____
SANDRA G. SMITH /KAS

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

[Proposed] Lead Counsel for Plaintiffs

DATED: August 8, 2006

**WILSON SONSINI GOODRICH & ROSATI**

_____
IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/493-9300
650/493-6811 (fax)

Counsel for Defendants Bennett, Brody, Campbell, Cook, Doerr, Dubinsky, Hallman, Powell, Ihrie, Henske and Nominal Defendant Intuit Inc.

\* \* \*

STIPULATION & [PROPOSED] ORDER CONSOLIDATING CASES & SCHEDULE FOR FILING OF CONS COMPLAINT

- 5 -

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/9/06

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER CONSOLIDATING CASES & SCHEDULE FOR FILING OF CONS COMPLAINT

- 6 -