BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
Kathryn A. Schofield (Bar No. 202939)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

SCHIFFRIN & BARROWAY LLP
Eric L. Zagar
Robin Winchester
Sandra G. Smith
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs

**E-filed 11/29/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUIT INC.<br><br>DERIVATIVE LITIGATION | Master File No. C06-03864 JF (PVT)<br><br>**STIPULATION AND [P<s>ROPOSED</s>] ORDER REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs, by their undersigned attorneys, and Defendants, by their undersigned attorneys, stipulate and agree that the Consolidated Complaint in this action shall be dismissed without prejudice, with no compensation to Plaintiffs or relief from Defendants. Defendants do hereby agree not to assert and agree to forego any alleged claim for fees or expenses against Plaintiffs or their counsel. Accordingly, all parties shall bear their own costs and attorneys' fees. No Defendant has filed an answer, and no motion for summary judgment has been filed.

In light of the above, the parties believe that notice is not required and respectfully request that the Court approve the dismissal pursuant to Federal Rule of Civil Procedure 23.1.

IT IS SO STIPULATED.

Dated: November 24, 2006

/s/  Alan R. Plutzik
Alan R. Plutzik (Bar No. 077785)
Kathryn A. Schofield (Bar No. 202939)
Bramson, Plutzik, Mahler & Birkhaeuser, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

Of Counsel:
Eric L. Zagar
Lee D. Rudy
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
*Attorneys for Plaintiffs*

/s/ Ignacio E. Salceda
Ignacio E. Salceda
Boris Feldman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 493-9300
Facsimile:  (650)  493-6811

*Attorneys for Defendants*
(except Stephen Pelletier, who has not appeared or been served)

I, Alan R. Plutzik, am the ECF User whose identification and password are being used to file the Stipulation in compliance with General Order 45.X.B. I hereby attest that the other signatory has concurred in this filing.

Dated: November 24, 2006

/s/ Alan R. Plutzik
Alan R. Plutzik

STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE
MASTER FILE NO. C06-04387 JF (PVT)
49428 V02

1

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 23.1, the Consolidated Complaint is dismissed without prejudice. All parties shall bear their own costs and attorneys' fees. Given the circumstances, notice to shareholders is not required.

IT IS SO ORDERED.

11/29/06

Hon. Jeremy Fogel
United States District Court Judge

49428 V02

2